1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MELLO, | Case No.  1:12-cv-02054-AWI-SAB |
| Plaintiff, | ORDER RESCHEDULING SETTLEMENT CONFERENCE |
| v. | |
| HARBOR FREIGHT TOOLS USA, INC., et al. | |
| Defendants. | |

On August 22, 2013, the Court received a correspondence from Rayma Church, counsel for Defendant Harbor Freight Tools USA, Inc. ("Harbor Freight").   (ECF No. 16.)   The correspondence indicates that Harbor Freight's commercial liability insurer recently determined that it does not owe a defense to Harbor Freight in this case.  Ms. Church further informed the Court that it may take some time for Harbor Freight to obtain substitute counsel but, in the interim, it may not be feasible for Harbor Freight to meaningfully participate in the settlement conference currently scheduled for Monday, August 26, 2013.

In light of this new information, the Court HEREBY ORDERS that the settlement conference currently scheduled for Monday, August 26, 2013 is VACATED and rescheduled for

/ / /

/ / /

1   Thursday, September 26, 2013 at 10:00 a.m.

2

3   IT IS SO ORDERED.

4
        Dated:   __**August 23, 2013**__                    _____
5                                                           UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28