The Law Offices Of
Young Wooldridge, LLP
1800 30th Street, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 327-9661
Fax: (661) 327-1087
E-mail: gmuir@youngwooldridge.com

Greg A. Muir, Esq., SBN 106077
Attorneys for Plaintiff, PHIL MELLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MELLO,<br><br>　　　　Plaintiff,<br>vs.<br><br>HARBOR FREIGHT TOOLS USA, INC.;<br>CHICAGO ELECTRIC POWER TOOLS;<br>BLACK & DECKER (U.S.), INC.; DeWALT<br>INDUSTRIAL TOOL CO.; and DOES 1-150,<br><br>　　　　Defendants. | Case No. 1:12-CV-02054-AWI-SAB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE PENDING COMPLETION OF MEDIATION<br><br><br>Trial date: Pending<br>Courtroom: 2<br>Judge: Anthony W. Ishii |

The parties, by and through their attorneys of record herein, hereby stipulate that the Telephonic Status Conference, currently set for December 22, 2014, be continued to January 26, 2015 at 3:00 p.m. to allow the parties to work toward resolution through Mediation, which is currently set for January 5, 2015.

DATED: December 23, 2014　　　　　　　　　YOUNG WOOLDRIDGE, LLP


By:　**/s/ Greg Muir**
　　　Greg A. Muir, Esq.
　　　Attorneys for Plaintiff
　　　PHIL MELLO

1

DATED:  December 23, 2014

          EMERSON · SORENSEN · CHURCH

          By:  **/s/ Rayma Church**
             Rayma Church
             Attorney for Defendant,
             HARBOR FREIGHT TOOLS USA, INC.

DATED:  December 23_, 2014

          BAKER, KEENER & NAHRA, LLP

          By   **/s/ Phillip A. Baker**
             Phillip A. Baker
             Attorneys for Defendant,
             BLACK & DECKER (U.S.) INC.

### **ORDER**

A Telephonic Status Conference is hereby set for January 26, 2015 at 3:00 p.m. to allow the parties to work toward resolution through Mediation, which is currently set for January 5, 2015.

IT IS SO ORDERED.

Dated:   December 23, 2014           _____
                                                SENIOR  DISTRICT  JUDGE