IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| PHIL MELLO,<br><br>             Plaintiff,<br><br>vs.<br><br>HARBOR FREIGHT TOOS USA, INC.;<br>CHICAGO ELECTRIC POWER TOOLS;<br>BLACK & DECKER (U.S.), INC.; DeWALT<br>INDUSTRIAL TOOL CO.; and DOES 1 to 150,<br><br>             Defendants. | Case No.:  1:12-CV-02054-AWI-SAB<br><br>Complaint Filed: 10-19-2012<br><br>**ORDER TO CONTINUE THE TRIAL DATE**<br><br>**Current Trial Date:    07-21-2015**<br>**Proposed Trial Date:  07-28-2015** |

   The Trial Date currently scheduled for July 21, 2015, is hereby **continued to July 28, 2015** at 8:30 a.m. in Courtroom 2 of the United States District Court, located at 2500 Tulare Street, Fresno, California.

IT IS SO ORDERED.

Dated:   March 9, 2015                        _____
                                              SENIOR  DISTRICT  JUDGE