# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MELLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARBOR FREIGHT TOOLS USA, INC., et al.<br><br>　　　　Defendants. | Case No.  1:12-cv-02054-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY AUGUST 3, 2015<br><br>(ECF No. 47) |

On July 1, 2015, Plaintiff filed a notice that this action had settled.  Accordingly, IT IS HEREBY ORDERED THAT

　　1.　　All pending dates in this action are vacated; and

　　2.　　The parties shall file dispositional documents on or before August 3, 2015.

IT IS SO ORDERED.

Dated:   **July 6, 2015**　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE