IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL MELLO,<br>　　　Plaintiff,<br>　vs.<br>HARBOR FREIGHT TOOLS USA, INC.;<br>CHICAGO ELECTRIC POWER TOOLS;<br>BLACK & DECKER (U.S.), INC.;<br>DeWALT INDUSTRIAL TOOL CO.; and<br>DOES 1-150,<br>　　　Defendants.<br>_____/ | 1:12-cv-02054-AWI-BAM<br><br>**ORDER DISMISSING ACTION AND CLOSING CASE**<br><br>(Doc. 50) |

　On December 18, 2012, this action was removed from the Kern County Superior Court. On July 31, 2015, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In light of the notice, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to any party. The Court respectfully directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:　August 3, 2015　　　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE